IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRUCE WHITE, | ) |
| Petitioner, | ) Case No. CV 09-335-REB |
| v. | ) |
| | ) **JUDGMENT** |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| Respondent. | ) |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

DISMISSED in its entirety with prejudice.

DATED: **September 30, 2010**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**JUDGMENT - 1**